UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:  James Douglas Charity, Jr., and<br>Regina Parker Charity,<br>          Debtors. | Case No. 16-31974-KLP<br>Chapter 13 |
| James Douglas Charity, Jr., and<br>Regina Parker Charity,<br>          Plaintiffs, | |
| v. | A.P. No. 16-03121-KLP |
| NC Financial Solutions of Utah, LLC,<br>d/b/a NETCREDIT,<br>          Defendant. | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this day,

    IT IS ORDERED AND ADJUDGED that NC Financial Solutions of Utah, LLC, d/b/a NETCREDIT, pay to Plaintiff Regina Charity actual, compensatory damages in the amount of $1,155.63, and it is further

    ORDERED AND ADJUDGED that NC Financial Solutions of Utah, LLC, d/b/a NETCREDIT, pay to Plaintiff Regina Charity attorneys' fees in the amount of $60,195.05 in, and it is further

    ORDERED AND ADJUDGED that NC Financial Solutions of Utah, LLC, d/b/a NETCREDIT, pay to Plaintiff Regina Charity punitive damages in the amount of $100,000.00.  Of the $100,000.00 she is to receive, she is enjoined to deliver to the National Consumer Law Center and $37,500.00 to the Legal Services Corporation of Virginia (minus all taxes, if any, Mrs.

1

Charity must pay on account of those sums).  There shall be a remittitur of the punitive damages to $15,000.00 to be fully retained by Mrs. Charity if, and only if, NetCredit contributes $37,500.00 to the National Consumer Law Center and $37,500.00 to the Legal Services Corporation on account of Mrs. Charity, and it is further

ORDERED that this Adversary Proceeding is DISMISSED as to Plaintiff James Charity.  He shall not, however, be liable for attorneys' fees in connection with this adversary proceeding.

Signed: August 14, 2017          /s/ Keith L. Phillips
                                 United States Bankruptcy Judge

Copies:

Entered on Docket:  Aug 15 2017

James Douglas Charity, Jr.
3660 Hog Island Road
Surry, VA 23883

Regina Parker Charity
3660 Hog Island Road
Surry, VA 23883

Thomas D. Domonoske
Consumer Litigation Associates
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601

Emily Connor Kennedy
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

Mark C. Leffler
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

Corey Simpson Booker
LeClairRyan, A Professional Corporation
SunTrust Plaza - 24th Floor
919 East Main Street
Richmond, VA 23219

Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803